IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD REYNA,

           Plaintiff,

  v.                                     ORDER

BIRCH, Librarian,                              09-cv-696-slc
JAY DRESSLER, Education Director and
JEFFREY PUGH, Warden,

           Defendants.

---

On December 11, 2009, I assessed plaintiff Richard Reyna an initial partial payment of the filing fee in the amount of $2.50 and gave him until January 4, 2010 to make the payment. In response to the December 11 order, plaintiff has submitted a letter dated January 17, 2010, asking for an extension of time. I will construe plaintiff's letter as a motion for an extension of the January 4 deadline and extend his deadline to pay the $2.50 payment until February 8, 2010. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff's motion for an extension of time to pay the initial partial payment, dkt. #10, is GRANTED. Plaintiff may have an enlargement of time to February 8, 2010, in which to submit a check or money order payable to the clerk of court in the amount of $2.50. If, by February 8, 2010, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 25th day of January, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge